# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br><br>SAFETY MANAGEMENT AND RELATED TRAINING, INC., a California corporation,<br><br>    Use-Plaintiff,<br><br>v.<br><br>CNA SURETY, a Delaware corporation; WESTERN SURETY COMPANY, a South Dakota corporation; SUPERIOR FIRE INC., a California corporation; MOHAMED SIFELDIN, an individual; RANDALL ANDERSON, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No: 18-CV-2054-GPC-JLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF SAFETY MANAGEMENT AND RELATED TRAINING, INC.'S CLAIMS AGAINST CNA SURETY AND WESTERN SURETY COMPANY**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>Magistrate Judge: Jill L. Burkhardt |

1

| | |
|---|---|
| ATALA ECR INC. | ) |
| | ) |
| Counter-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| SUPERIOR FIRE INC., a California corporation; and ROES 1 through 20, inclusive, | ) ) ) |
| | ) |
| Counter-Defendants. | ) |
| | ) |
| | ) |

The Court, having considered the **STIPULATION FOR DISMISSAL WITH PREJUDICE OF SAFETY MANAGEMENT AND RELATED TRAINING, INC.'S CLAIMS AGAINST CNA SURETY AND WESTERN SURETY COMPANY,** and GOOD CAUSE APPEARING, hereby grants the Stipulation.

THEREFORE IT IS HEREBY ORDERED as follows:

1. Use-Plaintiff Safety Management and Related Training, Inc. ("SMART") and Defendant Western Surety Company ("Western Surety") have entered into a settlement, whereby Western Surety has paid SMART to resolve its claims against Defendant Superior Fire, Inc. ("SFI"), for non-payment involving the construction projects identified in SMART's First Amended Complaint as: 1) the Naval Medical Center, 34800 Bob Wilson Drive, San Diego, CA 92134 (the "NMC Project"); 2) the Marine Corps Logistics Base, Buildings 232, 571, and 579, Barstow, CA 92311 (the "Barstow Project"); 3) Building 475 Coronado Avenue, Naval Air Station North Island, Coronado, CA 92135 (the "Coronado Project"); and 4) Dyer Road, Bldg. 245, 246, 255 Watkins Hall & ME Lecture Hall, Naval Postgraduate School, 10 Monterey, California 93940 (the "Monterey Project") (collectively Western Surety's Bonded Projects").

2. SMART's claims asserted against SFI in its First Amended Complaint for

2

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF SAFETY MANAGEMENT AND RELATED TRAINING, INC.'S CLAIMS AGAINST CNA SURETY AND WESTERN SURETY COMPANY

non-payment involving other construction projects are excluded from the stipulation and dismissal, including Projects identified in the First Amended Complaint as the In House Projects, the VAFB Building 75 Project, and the VAFB Building 475 Project.

    3. SMART assigned to Western Surety its legal and equitable right to seek payment from SFI for the labor and materials it furnished on Western Surety's Bonded Projects. Accordingly, any claim that SMART has against SFI for non-payment on these construction projects will survive the dismissal of SFI from this action.

    4. SMART's claims, remedies and causes of action alleged in this lawsuit against Defendants Western Surety and CNA Surety are dismissed with prejudice.

    5. SMART's claims, remedies and causes of action alleged in this lawsuit against Defendant Superior Fire, Inc. involving Western Surety's Bonded Projects are dismissed without prejudice.

    6. Each party to the Stipulation will bear their own fees and costs with respect to the other Parties to the Stipulation.

Dated: April 17, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge

3
ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF SAFETY MANAGEMENT AND RELATED TRAINING, INC.'S CLAIMS AGAINST CNA SURETY AND WESTERN SURETY COMPANY